STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Broadcast Distribution Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC** §<br>§<br>§ | **Case No. 2:22-cv-03659** |
| **Plaintiff,** §<br>§ | **COMPLAINT PATENT CASE** |
| **vs.** §<br>§ | **DEMAND FOR JURY TRIAL** |
| **SWANN COMMUNICATIONS USA, INC.,** §<br>§<br>§ | |
| **Defendant.** §<br>§ | |

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") files this complaint against Swann Communications USA, Inc. ("Defendant" and/or "Swann Communications") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "221 Patent") and alleges as follows:

### PARTIES

1.      Plaintiff is a Texas limited liability company with an office at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2.      On information and belief, Defendant is California corporation, with a place of business at 12636 Clark Street, Santa Fe Springs, CA 90670 USA. On information and belief, Defendant may be served through its agent, Antoine Dao, at the

same address.

## JURISDICTION AND VENUE

3.    This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq.  Plaintiff is seeking damages, as well as attorney fees and costs.

4.    Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5.    On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.    Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7.    Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District, and Defendant has a regular and established place of business in this District.

## BACKGROUND

8.    On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination.   The '221 Patent is attached as Exhibit A.

9.    Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10.    Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

11.     The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

## COUNT ONE

## (Infringement of United States Patent No. 8,856,221)

12.     Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13.     This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14.     Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15.     The '221 Patent teaches a method and apparatus for media content storage and delivery. '221 Patent, Abstract.  Among other things, the claimed system includes a server, which has a receiver in communication with a processor.  *Id*. The receiver receives a request message. *Id*.  The request message includes media data indicating requested media content and a consumer device identifier corresponding to a consumer device.  *Id*. The processor determines whether the consumer device identifier corresponds to a registered consumer device.  *Id*. If the processor determines that the consumer device identifier corresponds to the registered consumer device, then the processor determines whether the request message is one of a storage request message and a content request message. *Id*. If the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage.  *Id*. If the request message is the content request message, then the processor initiates delivery of the requested media content to the consumer device.  *Id*.

16.     The present invention solves problems that existed with then-existing media delivery systems. One problem with prior delivery systems is that the customer was charged according to the expenses of the provider rather than the usage of the customer.  '221 Patent, 1:31-57. Customers were not charged based on the amount of

programming delivered or the amount or duration of the customer's storage of media. *Id*. Another such problem, more generally, is that customers were not billed and services were not provided, in a way that was tailored to the customer's needs and usage. *Id*., 2:3-13.

17. A number of aspects of the invention(s) embodied in the '221 Patent overcome the problems with the prior art. For example, the inventive system includes a processor in communication with a receiver. *Id*., 2:23-34. The processor determines media content characteristics that correspond to the media content to be stored. *Id*. The processor determines a length of time to store the media content based on the media data and determines a cost amount based at least in part on the determined media content characteristics and length of time to store the media content. *Id*. As another example, the system makes a determination that media content is available for download. *Id*., 2:64-3:2. A determination is made that content is not stored. Download of the media content is initiated. Id. The media content is received and the received media content is stored. *Id*.

18. The '221 Patent is directed to computerized technologies to provide users with tailored media delivery systems and tailored billing for such systems. Among other things, the '221 Patent claims include sending and receiving of request messages indicating requested media content and including a device identifier corresponding to a consumer device. A determination is made whether the identifier corresponds to the device. A determination is also made as to whether the request is for delivery or storage. The media data in the request includes time data that indicates a length of time for storage. A processor is configured to determine whether requested media exists and whether there are any restrictions associated with delivery or storage of the requested media.

19. The system(s) and methods of the '221 Patent include software and hardware that do not operate in a conventional manner. For example, the software is tailored to provide functionality to perform recited steps and the processor is configured

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

(and/or programmed) to provide functionality recited throughout the claims of the '221 Patent.

20. The '221 Patent solves problems with the art that are rooted in computer technology and that are associated with electronic transmission, loading, and storage of location information, as well as automatic provisioning of route guidance. The '221 Patent claims do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet.

21. The improvements of the '221 Patent and the features recited in the claims in the '221 Patent provide improvements to conventional hardware and software systems and methods. The improvements render the claimed invention of the '221 Patent non-generic in view of conventional components.

22. The improvements of the '221 Patent and the features recitations in the claims of the '221 Patent are not those that would be well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention.

23. Accordingly, Defendant has infringed and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

24. Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the Swann cloud-based IP security camera (e.g., cloud storage, recorded videos etc.), any associated hardware, software, and apps, as well as any similar products ("Product"), which infringe at least Claim 7 of the '221 Patent.

25. The Product practices a method of storing (e.g., cloud storage) media content (e.g., conference recording) and delivering requested media content (streaming video, recorded videos, etc.) to a consumer device (e.g., mobile device with app or

software). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> The *Swann Security* app provides an integrated platform for all Swann recorders and devices. Your *Swann Security* account will bind all your devices together into one convenient login, and changing phones will be a simple as logging in once on the new device. Updates for existing current devices have already begun to be released, and there will be regular updates to add all current Swann devices to this app. The release notes presented when your devices prompts you to update will indicate that *Swann Security* is supported by the update.

Source: https://support.swann.com/s/article/oq9iDAqbE7



Source: https://us.swann.com/swdvk-85680w6rl/

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

1
2
3
4
5
6
7

## Wireless Security Camera - 100% Wire-Free

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180 degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white (Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

8   Source: https://us.swann.com/security-videos/

9
10
11
12
13
14

### Keep Recordings Longer

Members have the peace of mind knowing their video clips with audio are stored securely in the cloud for 60 days rolling, ready to be accesssed if needed.



15   Source: https://us.swann.com/swann-security-subscription/#compare

16
17
18
19
20
21
22

**What is Cloud Recording?**
Most Swann Wireless and Powered Wi-Fi Cameras store video clips in the secure cloud for a rolling 1-7 days. You can access those clips at any time for viewing and/or downloading.

**How is Cloud Recording different if I subscribe to a Secure+ Service Plan?**
Members get to store more clips for longer in the cloud. You will enjoy 60 days rolling of clips and still images (depending on your device) saved to Swann's secure cloud instead of the usual 1-7 days rolling cloud storage.

23   Source: https://us.swann.com/swann-security-subscription/

24
25
26

| **Can I use my camera without an internet connection?** | No, your camera requires a Wi-Fi network connection with internet access to stream live video to your phone and upload motion event videos to the cloud. |

27   Source: https://images-eu.ssl-images-amazon.com/images/I/D1HFGPPIbnS.pdf

28

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

26.     The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have the infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone;  additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



**Have a Smartphone or Tablet?** With the free SwannCloud app, you can turn your iOS or Android mobile device into a monitoring centre for your camera. Have the peace of mind that you can monitor your home at any time from any place. With "SwannLink" Peer to Peer technology, connecting your mobile device to your camera is so easy - there's no need to fiddle around with complicated network configurations. Best of all, it only takes minutes to get it up and running!

To download the SwannCloud app, go to your relevant app store and type in the following - **"SwannCloud"** for Handsets and Tablets. Follow the on-screen instructions for installation and accept any license requirements that may appear.

After downloading and installing SwannCloud onto your Handset or Tablet, locate the app and tap the icon to run.

💡   The screenshots used on this page are from the Android version of SwannCloud. The functions, buttons and overall look and feel are identical for the iOS version. The app is continually being tweaked and improved, so the following screenshots may differ slightly.

Source: http://www.free-instruction-manuals.com/pdf/pa_929620.pdf

1

## Wireless Security Camera - 100% Wire-Free

2

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off

3

rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180 degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care

4

about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white

5

(Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

6

Source: https://us.swann.com/security-videos/

7

### Keep Recordings Longer

8

9

Members have the peace of mind knowing their video clips with audio are stored securely in the cloud for 60 days rolling, ready to be accessed if needed.

10

 Wi-Fi Devices

11

Source: https://us.swann.com/swann-security-subscription/#compare

12

13

**What is Cloud Recording?**

14

Most Swann Wireless and Powered Wi-Fi Cameras store video clips in the secure cloud for a rolling 1-7 days. You can access those clips at any time for viewing and/or downloading.

15

16

**How is Cloud Recording different if I subscribe to a Secure+ Service Plan?**

17

Members get to store more clips for longer in the cloud. You will enjoy 60 days rolling of clips and still images (depending on your device) saved to Swann's

18

secure cloud instead of the usual 1-7 days rolling cloud storage.

19

Source: https://us.swann.com/swann-security-subscription/

20

New or Existing Members, log in with
your Swann Security app account.

21

22

This allows you to view your devices, and choose a membership plan that's right for you.

23

Email Address

Email Address

24

Password

25

Password

Log In

26

27

Source: https://subscriptions.swannsecurity.com/login

28

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

27.    The Product necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> The *Swann Security* app provides an integrated platform for all Swann recorders and devices.  Your *Swann Security* account will bind all your devices together into one convenient login, and changing phones will be a simple as logging in once on the new device.  Updates for existing current devices have already begun to be released, and there will be regular updates to add all current Swann devices to this app.  The release notes presented when your devices prompts you to update will indicate that *Swann Security* is supported by the update.

Source: https://support.swann.com/s/article/oq9iDAqbE7



Source: https://subscriptions.swannsecurity.com/login

28.    The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

1

The *Swann Security* app provides an integrated platform for all Swann recorders
and devices. Your *Swann Security* account will bind all your devices together into
one convenient login, and changing phones will be a simple as logging in once on
the new device. Updates for existing current devices have already begun to be
released, and there will be regular updates to add all current Swann devices to this
app. The release notes presented when your devices prompts you to update will
indicate that *Swann Security* is supported by the update.

Source: https://support.swann.com/s/article/oq9iDAqbE7

**What is Cloud Recording?**
Most Swann Wireless and Powered Wi-Fi Cameras store video clips in the secure
cloud for a rolling 1-7 days. You can access those clips at any time for viewing
and/or downloading.

**How is Cloud Recording different if I subscribe to a Secure+ Service Plan?**
Members get to store more clips for longer in the cloud. You will enjoy 60 days
rolling of clips and still images (depending on your device) saved to Swann's
secure cloud instead of the usual 1-7 days rolling cloud storage.

Source: https://us.swann.com/swann-security-subscription/

## Wireless Security Camera - 100% Wire-Free

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off
rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180
degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion
detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care
about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is
viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other
Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white
(Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

Source: https://us.swann.com/security-videos/

**New or Existing Members, log in with
your Swann Security app account.**

This allows you to view your devices, and choose a
membership plan that's right for you.

Email Address

Email Address

Password

Password

Log In

Source: https://subscriptions.swannsecurity.com/login

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

29.     The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store media content is limited to a certain amount of memory and/or time). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



**Have a Smartphone or Tablet?** With the free SwannCloud app, you can turn your iOS or Android mobile device into a monitoring centre for your camera. Have the peace of mind that you can monitor your home at any time from any place. With "SwannLink" Peer to Peer technology, connecting your mobile device to your camera is so easy - there's no need to fiddle around with complicated network configurations. Best of all, it only takes minutes to get it up and running!

To download the SwannCloud app, go to your relevant app store and type in the following - **"SwannCloud"** for Handsets and Tablets. Follow the on-screen instructions for installation and accept any license requirements that may appear.

After downloading and installing SwannCloud onto your Handset or Tablet, locate the app and tap the icon to run.

💡   The screenshots used on this page are from the Android version of SwannCloud. The functions, buttons and overall look and feel are identical for the iOS version. The app is continually being tweaked and improved, so the following screenshots may differ slightly.

Source: http://www.free-instruction-manuals.com/pdf/pa_929620.pdf

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

**What is Cloud Recording?**
Most Swann Wireless and Powered Wi-Fi Cameras store video clips in the secure cloud for a rolling 1-7 days. You can access those clips at any time for viewing and/or downloading.

**How is Cloud Recording different if I subscribe to a Secure+ Service Plan?**
Members get to store more clips for longer in the cloud. You will enjoy 60 days rolling of clips and still images (depending on your device) saved to Swann's secure cloud instead of the usual 1-7 days rolling cloud storage.

Source: https://us.swann.com/swann-security-subscription/

## Wireless Security Camera - 100% Wire-Free

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180 degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white (Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

Source: https://us.swann.com/security-videos/

## Wireless Security Camera - 100% Wire-Free

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180 degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white (Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

Source: https://us.swann.com/security-videos/

| Can I use my camera without an internet connection? | No, your camera requires a Wi-Fi network connection with internet access to stream live video to your phone and upload motion event videos to the cloud. |
|---|---|

Source: https://images-eu.ssl-images-amazon.com/images/I/D1HFGPPIbnS.pdf

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

30.     If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The Product will initiate delivery of the requested media content to the consumer device (e.g., stream media content feed to a smartphone or tablet, etc.) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screenshots below and/or in screenshots provided in connection with other allegations herein.



Source: http://www.free-instruction-manuals.com/pdf/pa_929620.pdf

| Can I use my camera without an internet connection? | No, your camera requires a Wi-Fi network connection with internet access to stream live video to your phone and upload motion event videos to the cloud. |
|---|---|

Source: https://images-eu.ssl-images-amazon.com/images/I/D1HFGPPIbnS.pdf

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

## Wireless Security Camera - 100% Wire-Free

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180 degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white (Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

Source: https://us.swann.com/security-videos/

The *Swann Security* app provides an integrated platform for all Swann recorders and devices. Your *Swann Security* account will bind all your devices together into one convenient login, and changing phones will be a simple as logging in once on the new device. Updates for existing current devices have already begun to be released, and there will be regular updates to add all current Swann devices to this app. The release notes presented when your devices prompts you to update will indicate that *Swann Security* is supported by the update.

Source: https://support.swann.com/s/article/oq9iDAqbE7

31.    The media data includes date and time information to identify conference start and stop times, as well as meeting length. Time data may also indicate a length of time to store the requested media content (e.g. a user is allowed to store media content for a retention period configured by the user per their subscription level). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

## Keep Recordings Longer

Members have the peace of mind knowing their video clips with audio are stored securely in the cloud for 60 days rolling, ready to be accesssed if needed.



Source: https://us.swann.com/swann-security-subscription/#compare

**What is Cloud Recording?**
Most Swann Wireless and Powered Wi-Fi Cameras store video clips in the secure cloud for a rolling 1-7 days. You can access those clips at any time for viewing and/or downloading.

**How is Cloud Recording different if I subscribe to a Secure+ Service Plan?**
Members get to store more clips for longer in the cloud. You will enjoy 60 days rolling of clips and still images (depending on your device) saved to Swann's secure cloud instead of the usual 1-7 days rolling cloud storage.

Source: https://us.swann.com/swann-security-subscription/

# Wireless Security Camera - 100% Wire-Free

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180 degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white (Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

Source: https://us.swann.com/security-videos/

| **Can I use my camera without an internet connection?** | No, your camera requires a Wi-Fi network connection with internet access to stream live video to your phone and upload motion event videos to the cloud. |
| --- | --- |

Source: https://images-eu.ssl-images-amazon.com/images/I/D1HFGPPIbnS.pdf

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

32.     The Product must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g., the product must verify that a particular requested data is stored in the cloud). Also, a user can view the history of media content and the processor can identify the existence of that particular media content.   Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: http://www.free-instruction-manuals.com/pdf/pa_929620.pdf

| Can I use my camera without an internet connection? | No, your camera requires a Wi-Fi network connection with internet access to stream live video to your phone and upload motion event videos to the cloud. |
|---|---|

Source: https://images-eu.ssl-images-amazon.com/images/I/D1HFGPPIbnS.pdf

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

1
2
3
4
5
6
7
8
9
10

**Keep Recordings Longer**

Members have the peace of mind knowing their video clips with audio are stored securely in the cloud for 60 days rolling, ready to be accesssed if needed.



Source: https://us.swann.com/swann-security-subscription/#compare

11
12

**What is Cloud Recording?**

Most Swann Wireless and Powered Wi-Fi Cameras store video clips in the secure cloud for a rolling 1-7 days. You can access those clips at any time for viewing and/or downloading.

**How is Cloud Recording different if I subscribe to a Secure+ Service Plan?**

Members get to store more clips for longer in the cloud. You will enjoy 60 days rolling of clips and still images (depending on your device) saved to Swann's secure cloud instead of the usual 1-7 days rolling cloud storage.

Source: https://us.swann.com/swann-security-subscription/

13
14
15
16
17
18
19
20
21

33.    After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., user access restrictions, etc.). Certain aspects of these elements are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

22
23
24
25
26
27
28

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

The *Swann Security* app provides an integrated platform for all Swann recorders and devices. Your *Swann Security* account will bind all your devices together into one convenient login, and changing phones will be a simple as logging in once on the new device. Updates for existing current devices have already begun to be released, and there will be regular updates to add all current Swann devices to this app. The release notes presented when your devices prompts you to update will indicate that *Swann Security* is supported by the update.

Source: https://support.swann.com/s/article/oq9iDAqbE7



Source: https://us.swann.com/swdvk-85680w6rl/

**Have a Smartphone or Tablet?** With the free SwannCloud app, you can turn your iOS or Android mobile device into a monitoring centre for your camera. Have the peace of mind that you can monitor your home at any time from any place. With "SwannLink" Peer to Peer technology, connecting your mobile device to your camera is so easy – there's no need to fiddle around with complicated network configurations. Best of all, it only takes minutes to get it up and running!

To download the SwannCloud app, go to your relevant app store and type in the following - "**SwannCloud**" for Handsets and Tablets. Follow the on-screen instructions for installation and accept any license requirements that may appear.

After downloading and installing SwannCloud onto your Handset or Tablet, locate the app and tap the icon to run.

💡 The screenshots used on this page are from the Android version of SwannCloud. The functions, buttons and overall look and feel are identical for the iOS version. The app is continually being tweaked and improved, so the following screenshots may differ slightly.



Source: http://www.free-instruction-manuals.com/pdf/pa_929620.pdf

| Can I use my camera without an internet connection? | No, your camera requires a Wi-Fi network connection with internet access to stream live video to your phone and upload motion event videos to the cloud. |
|---|---|

Source: https://images-eu.ssl-images-amazon.com/images/I/D1HFGPPlbnS.pdf

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

1

## Wireless Security Camera - 100% Wire-Free

Swann's new Wire-Free Security Camera is designed easy, affordable and powerful. It's 100% wireless, running off rechargeable battery, with long (up to 3 month) battery life per charge. The Camera's 1080p HD video and wide 180 degree wide angle lens sees the activity other cameras miss. Know what's happening with True Detect heat and motion detection and fewer false triggers, plus there's free face recognition (for up to 10 people) to know the people you care about are safe. There's also free cloud (up to 7 days rolling) and local (up to 2 days rolling) recording. Everything is viewable and controllable on the Swann Security app, so you can combine the Wire-Free Security Camera with the other Swann devices around your home or business. It's security made smarter, from Swann. The camera comes in white (Swann Item # SWIFI-CAMW) or black (SWIFI-CAMB) casing.

Source: https://us.swann.com/security-videos/

**What is Cloud Recording?**
Most Swann Wireless and Powered Wi-Fi Cameras store video clips in the secure cloud for a rolling 1-7 days. You can access those clips at any time for viewing and/or downloading.

**How is Cloud Recording different if I subscribe to a Secure+ Service Plan?**
Members get to store more clips for longer in the cloud. You will enjoy 60 days rolling of clips and still images (depending on your device) saved to Swann's secure cloud instead of the usual 1-7 days rolling cloud storage.

Source: https://us.swann.com/swann-security-subscription/

## Keep Recordings Longer

Members have the peace of mind knowing their video clips with audio are stored securely in the cloud for 60 days rolling, ready to be accessed if needed.



Source: https://us.swann.com/swann-security-subscription/#compare

| Extra Plan | Unlimited Plan |
|---|---|
| Ideal for a single camera or kit. | Ideal for all your devices². |
| **$2.⁹⁹/mo** | **$9.⁹⁹/mo** |
| or $29.99/yr (per device for any camera or doorbell) | or $99.90/yr (unlimited devices)³ |
| 90 days free³ with Coupon Code '90DAYSFREE' | 90 days free³ with Coupon Code '90DAYSFREE' |
| 60 days cloud + local backup | 60 days cloud + local backup |

Source: https://us.swann.com/swann-security-subscription/

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.

34.    Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

35.    Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

36.    The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

37.    A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

38.    By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

39.    Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

40.    As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

41.    Plaintiff is in compliance with 35 U.S.C. § 287.

42.    As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

## **DEMAND FOR JURY TRIAL**

43.    Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Plaintiff asks the Court to:

(a)   Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b)   Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c)   Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d)   Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.


Dated: May 27, 2022                          Respectfully submitted,

                                                              */s/Stephen M. Lobbin*
                                                              ***Attorney(s) for Plaintiff***

COMPLAINT AGAINST DEFENDANT SWANN COMMUNICATIONS USA, INC.