STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue
Los Angeles, CA 90024
(949) 636-1391 (Phone)

Attorneys for Plaintiff Rothschild Broadcast Distribution Systems, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SWANN COMMUNICATIONS USA, INC.,<br><br>Defendant. | Case No. 2:22-cv-03659-AB-RAO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint served: June 9, 2022**<br>**Current response date: June 30, 2022**<br>**New response date: July 29, 2022** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff") and Defendant Swann Communications USA, Inc. ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed its Complaint on May 27, 2022;

WHEREAS, Plaintiff served its Complaint on Defendant on June 9, 2022;

WHEREAS, Defendant desires additional time to prepare and file a response so that it may have adequate time to formulate its response;

WHEREAS, Plaintiff is willing to provide additional time for Defendant to prepare its response.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT Defendant's last

day to file its pleading in response to the Complaint on file in this matter is extended from June 30, 2022 to July 29, 2022.

IT IS SO STIPULATED AND AGREED.

Dated: June 23, 2022        **SML AVVOCATI P.C.**

 */s/ Stephen M. Lobbin*
Stephen M. Lobbin
Attorneys Plaintiff Rothschild Broadcast Distribution Systems, LLC

Dated: June 23, 2022        **FOX ROTHSCHILD**

 */s/ Meeghan H. Tirtasaputra*
Meeghan H. Tirtasaputra
Attorneys for Defendant Swann Communications USA, Inc.